IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>MIRENA IUD PRODUCTS LIABILITY LITIGATION<br>MDL 2434 | CASE NUMBER<br>7:13-cv-07778 (CS) |
| This Document Relates To:<br>MOLLY RAUSCHUBER 7:13-cv-07778 (CS) | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MOLLY RAUSCHUBER and or counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, and Bayer Oy.

Dated:  February, 4, 2015

Respectfully submitted,

*[signature]*

Dr. Shezad Malik Law Firm PC
4925 Greenville Ave. Suite 320
Dallas, Texas 75206
Office / Fax 888-210-9693
drmalik@shezadmalik.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of March 2015, I electronically filed the foregoing, previously filed on February 4, 2015 in Plaintiff's individual docket, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing upon all counsel of record.

_____

Shezad Malik M.D. J.D.